UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WJ GRAIN, LTD.,

                    Plaintiff,                    09 CV 5556 (RPP)

        -against-                      **ORDER**

UNION COMPANY FOR IMPORT-EXPORT
AND COMMERCIAL AGENCIES,

                    Defendant.
-----------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

      Defendant, having moved to vacate the attachment herein and for a hearing within three court days pursuant to Local Admiralty Rule E.1, the Court orders that Plaintiff file responsive papers and the parties appear on Monday, August 10, 2009 at 10:00 a.m.

      IT IS SO ORDERED.

Dated: New York, New York
       August 7, 2009

                                                  Robert P. Patterson, Jr.
                                                  U.S.D.J.

*Copies of this Order faxed to:*

George Michael Chalos
Chalos & Co., P.C.
123 South Street
Oyster Bay, NY  11771
Tel:  (516) 714-4300 x3040
Fax:  (866)702-4577

Jeremy O. Harwood
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel:  (212)885-5000
Fax: (212)885-5001